# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## BECKLEY DIVISION

RANDY COOPER,

          Plaintiff,

v.                                              CIVIL ACTION NO. 5:06-cv-00902

BRIAN GREENWOOD,

          Defendant.

## JUDGMENT ORDER

By Standing Order entered on August 1, 2006, and filed in this case on October 23, 2006, this action was referred to United States Magistrate Judge Mary E. Stanley for submission of proposed findings and a recommendation ["PF&R"]. Magistrate Judge Stanley filed her PF&R on November 13, 2006 [Docket 6]. In that filing, the magistrate judge recommended that this Court deny Plaintiff's Motion to Proceed Without Prepayment of Fees [Docket 3], dismiss his Complaint [Docket 1 and Docket 2], and remove this matter from the Court's docket.

The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). In addition, failure to file timely objections constitutes a waiver of *de novo* review and the Plaintiff's right to appeal this Court's Order. 28 U.S.C. § 636(b)(1); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir.1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984). Here, objections to Magistrate Judge

Stanley's PF&R were due by December 4, 2006, pursuant to 28 U.S.C. § 636(b)(1) and FED. R. CIV. P. 72(b). No objections have been filed.

Having reviewed the Proposed Findings and Recommendation filed by Magistrate Judge Stanley, the Court adopts the recommendations contained therein. Accordingly, the Court hereby **DENIES** Plaintiff's Motion to Proceed Without Prepayment of Fees [Docket 3], and **DISMISSES** his Complaint [Docket 1 and Docket 2]. Further, the Court **DIRECTS** the Clerk to remove this action from the Court's active docket.

The Court **DIRECTS** the Clerk to send a copy of this Judgment Order to all counsel of record, Plaintiff, *pro se*, and Magistrate Judge Stanley.

ENTER: January 30, 2007

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE

2